UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMIKA JOHNSON,

    Plaintiff,

v.        Case No. 11-12524

TOMY ISMAIL,

    Defendant.

                                             /

**ORDER STRIKING ATTORNEY CHRISTINA MCPHAIL'S APPEARANCE AND
DIRECTING MS. MCPHAIL TO REGISTER AS AN E-FILER**

On November 17, 2011, attorney Christina McPhail filed an appearance on behalf of Plaintiff using attorney Carl L. Collins, III's, e-filing account, and, thus, Ms. McPhail's appearance appears on the court's docket as "Notice of Appearance by Carl L. Collins, III." Attorneys who have a case pending before the court must complete the ECF registration form, and all papers filed with the court must be filed electronically.[1] E.D. Mich. Elec. Filing Policies and Procedures R3(a)(1), (b). To ensure docket clarity and Ms. McPhail's compliance with the court's e-filing procedures, the court will strike her notice of appearance and direct her to complete the ECF Registration form. Once Ms. McPhail registers as an e-filer, she may then refile her notice of appearance. Accordingly,

IT IS ORDERED that attorney Christina McPhail's notice of appearance appearing on the court's docket as "Notice of Appearance by Carl L. Collins, III," [Dkt. # 14] is STRICKEN from the docket. If Ms. McPhail wishes to refile an appearance on

---

[1] The ECF registration form can be found at the following web address: https://secure.mied.uscourts.gov/CMECF/AttorneyReg/.

behalf of Plaintiff, she must first register as an e-filer, after which she may file an appearance using her e-filing account.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: December 6, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 6, 2011, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522