UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMIKA JOHNSON,

    Plaintiff,

v.                                                 Case No. 11-12524

TOMY ISMAIL,

    Defendant.
                                                        /

**ORDER DISMISSING CASE AND TERMINATING PENDING MOTIONS**

      The parties have notified the court that they have reached a mutually agreeable resolution to the above-captioned matter. The terms of their resolution will be memorialized in writing by the parties. Accordingly,

      IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of either party to move by **August 29, 2012**, to vacate this order if settlement is not finalized. After **August 29, 2012**, this dismissal is with prejudice.

      IT IS FURTHER ORDERED that Plaintiff's motions to adjourn the trial [Dkt. ## 20, 22] are TERMINATED AS MOOT.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: June 29, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 29, 2012, by electronic and/or ordinary mail.

                                                   s/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522